# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DYNALOG, INC.,

       Plaintiff,                        Case No. 17-cv-12977
                                            Hon. Matthew F. Leitman

v.

MACNEIL AUTOMOTIVE
PRODUCTS, LTD.,

       Defendant.
_____/

## **STIPULATED ORDER FOR EXTENSION OF DISCOVERY**

    Pursuant to the parties' stipulation:

    **IT IS HEREBY ORDERED** that the Fact Discovery Cutoff deadline in the Joint Case Management Report/Discovery Plan is extended to October 16, 2018.

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: September 24, 2018

Approved for entry:

/s/Robert A. Shaya (with permission)
Robert A. Shaya (P39558)
**SHAYA LAW FIRM**
31275 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334
p: (248) 737-4440
rsmail@shayalaw.com

*Counsel for Dynalog, Inc.*


/s/David M. Zack
David M. Zack (P69944)
**BLEVINS SANBORN JEZDIMIR ZACK PLC**
1842 Michigan Ave.
Detroit, MI 48216
p & f: (313) 338-9500
dzack@bsjzlaw.com

*Counsel for Defendant MacNeil Automotive Products, Ltd.*